Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Debbie T. Terry

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE T. TERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:20-cv-02321-SP<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS and NO CENTS ($5,200.00), and costs under 28 U.S.C. §1920, in the amount of FOUR

/ / /

/ / /

/ / /

/ / /

1

1 | HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of
2 | the above-referenced Stipulation.

Dated: November 9, 2022

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE